| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Brent H. Blakely (SBN 157292)<br>bblakely@blakelylawgroup.com<br>Cindy Chan (SBN 247495)<br>cchan@blakelylawgroup.com<br>Jessica C. Covington (SBN 301816)<br>jcovington@blakelylawgroup.com<br>BLAKELY LAW GROUP<br>1334 Parkview Avenue, Suite 280<br>Manhattan Beach, California 90266<br>Telephone: (310) 546-7400<br>Facsimile: (310) 546-7401<br>ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>                                                               Plaintiff(s),<br>                    v. | |
| FOREVER LINK INTERNATIONAL, INC., a California Corporation; STEP UP INTERNATIONAL, INC., a California Corporation; SHOE WHATEVER LLC, a California Limited Liability Company; JJF SHOES, an unknown business entity; and DOES 1-10, inclusive,<br>                                                               Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff Deckers Outdoor Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DECKERS OUTDOOR CORPORATION | PLAINTIFF |
| FOREVER LINK INTERNATIONAL, INC. | DEFENDANT |
| STEP UP INTERNATIONAL, INC. | DEFENDANT |
| SHOE WHATEVER, LLC. | DEFENDANT |
| JJF SHOES | DEFENDANT |

09/27/2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

DECKERS OUTDOOR CORPORATION