Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FOREVER LINK INTERNATIONAL, INC., a California Corporation; STEP UP INTERNATIONAL, INC., a California Corporation; SHOE WHATEVER LLC, a California Limited Liability Company; JJF SHOES, an unknown business entity; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-cv-07146-RGK-SK<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, ETC. ON DEFENDANT STEP UP INTERNATIONAL, INC.** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Brent H. Blakely (SBN 157292)<br>Cindy Chan (SBN 247495)<br>Blakely Law Group<br>1334 Parkview Avenue, Suite 280, Manhattan Beach, CA 90266<br>   TELEPHONE NO.: (310) 546-7400   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>   ATTORNEY FOR *(Name)*: Deckers Outdoor Corporation | FOR COURT USE ONLY |
|---|---|

United States District Court Central District of California
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District

| PLAINTIFF/PETITIONER: Deckers Outdoor Corporation, a Delaware Corp.<br><br>DEFENDANT/RESPONDENT: Forever Link International, Inc., a California Corp. | CASE NUMBER:<br>2:17-cv-07146-RGK-SK |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: See attached

3. a. Party served *(specify name of party as shown on documents served)*:
      Step Up International, Inc., a California corporation

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   14845 Proctor Avenue, #C, City Of Industry, CA 91746

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:          (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 11-10-17   at *(time)*: 12:45p   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Echo Liu, Manager

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Deckers Outdoor Corporation, a Delaware Corp. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Forever Link International, Inc., a California Corp. | 2:17-cv-07146-RGK-SK |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:　　　　　　　　　　　　(2) from *(city)*:

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify)*: Step Up International, Inc., a California corporation
   under the following Code of Civil Procedure section:
   - [✓] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name: Kirk Jackson
   b. Address: 816 S. Figueroa Street, Ste 100, Los Angeles, CA 90017
   c. Telephone number: (213) 327-0014
   d. **The fee** for service was: $
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [✓] a registered California process server:
       (i) [ ] owner   [ ] employee   [✓] independent contractor.
       (ii) Registration No.: 5922
       (iii) County: Los Angeles

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 11-14-17

Kirk Jackson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

## *Attachment*

- Summons In A Civil Action
- Plaintiff's Complaint For Damages And Equitable Relief
- Civil Cover Sheet
- Certification And Notice Of Interested Parties
- Standing Order Regarding Newly Assigned Cases
- Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark
- Notice of Assignment To United States Judges
- Notice To Parties Of Court-Directed ADR Program

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BLAKELY LAW GROUP<br>1334 PARKVIEW AVENUE<br>STE 280<br>Manhattan Beach, CA 90266<br>*Telephone No:* (310) 546-7400 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 31151 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* DECKERS OUTDOOR CORPORATION, a Delaware Corporation
*Defendant:* FOREVER LINK INTERNATIONAL, INC., a California Corporation

| **PROOF OF MAILING SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:17-cv-07146-RGK-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

3. a. *Party served:* STEP UP INTERNATIONAL, INC., a California corporation

4. *Address where the party was served:* 14845 PROCTOR AVE #C LA PUENTE, CA 91746

5. *I served the party:*
   d. **by other means** On: Mon., Nov. 13, 2017 at: 12:00PM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: LOS ANGELES, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: STEP UP INTERNATIONAL, INC., a California corporation
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SONIA RIVERA
   b. County Legal Attorney Service
      816 S. Figueroa Street
      Suite 100
      LOS ANGELES, CA 90017
   c. (213) 327-0014

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) *Registration No.:* 1410
      (iii) *County:* Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Nov. 14, 2017

   (SONIA RIVERA)

*Judicial Council Form POS-010*
*Rule 2.150.(a)&(b) Rev January 1, 2007*

PROOF OF MAILING
SUMMONS IN A CIVIL

3651    .blala.3638