1  GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
2  Irvine, CA  92614
Telephone:  (949) 660-1600
3  Facsimile:   (949) 660-6060
6602.1019
4  jsr@ggb-law.com
James M. Baratta (SBN 54890)
5  Jason S. Roberts (SBN 221978)

6  Attorneys for Defendant,
FOREVER LINK INTERNATIONAL, INC.
7

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11
DECKERS OUTDOOR CORPORATION,    Case No. 2:17-cv-07146-RGK-SK
12  a Delaware Corporation,
                                 Assigned to: Hon. R. Gary Klausner
13         Plaintiff,
                                 DEFENDANT FOREVER LINK
14     v.                        INTERNATIONAL, INC'S ANSWER
                                 TO COMPLAINT; DEMAND FOR
15                               JURY TRIAL
16  FOREVER LINK INTERNATIONAL,
INC., a California Corporation; STEP UP
17  INTERNATIONAL, INC., a California
Corporation; SHOE WHATEVER LLC, a    Complaint filed: September 27, 2017
18  California Limited Liability Company; JJF
SHOES, an unknown business entity; and
19  DOES 1 through 10,
20
21         Defendants.
22
23  _____
24
25         COMES NOW Defendant FOREVER LINK INTERNATIONAL, INC. ("FLI" or
26  "Defendant") and hereby submits this Answer to the Complaint filed by Plaintiff
27  DECKERS OUTDOOR CORPORATION ("DECKERS" or "Plaintiff") on September
28  27, 2017 (the "Complaint").  FLI denies each and every allegation of the Complaint

except for those allegations expressly admitted below.  FLI answers the Complaint as follows:

## JURISDICTION AND VENUE

1.      In answer to paragraph 1 of Plaintiff's Complaint, Defendant admits that Plaintiff's Complaint contains a claim for trade dress infringement and unfair competition and that this Court has subject matter jurisdiction over Plaintiff's copyright claim.  FLI denies any of the alleged wrongful conduct.

2.      In answer to paragraph 2 of Plaintiff's Complaint, Defendant admits that this Court has personal jurisdiction over Defendant.

3.      In answer to paragraph 3 of Plaintiff's Complaint, Defendant admits that venue is proper in this Court.  Defendant denies the balance of the allegations in this paragraph including that Plaintiff is entitled to any relief or that it suffered any injury.

## PARTIES

4.      In answer to paragraph 4 of Plaintiff's Complaint, Defendant is without sufficient knowledge concerning the allegations contained in this paragraph and therefore denies the same.

5.      In answer to paragraph 5 of Plaintiff's Complaint, Defendant admits that it is a California corporation doing business in the City of Industry, California.

6.      In answer to paragraph 6 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

7.      In answer to paragraph 7 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

8.      In answer to paragraph 8 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

9.      In answer to paragraph 9 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

10.     In answer to paragraph 10 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

## FACTS COMMON TO ALL COUNTS

11.     In answer to paragraph 11 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

12.     In answer to paragraph 12 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

13.     In answer to paragraph 13 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

14.     In answer to paragraph 14 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and

ANSWER TO COMPLAINT

based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

15.     In answer to paragraph 15 of Plaintiff's Complaint, Defendant admits that it imports, advertises, markets, distributes, offers for sale and sells footwear products to various wholesalers and retailers and via its website www.foreverlinkshoes.com. Defendant denies the balance of this paragraph.

16.     In answer to paragraph 16 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

17.     In answer to paragraph 17 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

18.     In answer to paragraph 18 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

19.     In answer to paragraph 19 of Plaintiff's Complaint, Defendant denies that it infringed, willfully or otherwise, on any of Deckers' intellectual property rights, including design patent and/or trade dress rights.  With regard to the balance of the allegations of this paragraph, Defendant is without information or belief to either admit or deny the remaining allegations contained therein, and based upon said Defendant's lack of information and belief, denies the balance of this paragraph.

20.     In answer to paragraph 20 of Plaintiff's Complaint, Defendant denies that it designed, manufactured or produced the Accused Products.  Defendant is without information or belief to either admit or deny the remaining allegations of this paragraph

and based upon said Defendant's lack of information and belief, denies each and every remaining allegation contained therein.

21.     In answer to paragraph 21 of Plaintiff's Complaint, Defendant admits Plaintiff and Defendant both sell footwear products.  Defendant denies the balance of this paragraph and expressly denies that it copied Deckers' boot designs.

22.     In answer to paragraph 22 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations of this paragraph and based upon said Defendant's lack of information and belief, denies each and every remaining allegation contained therein.

23.     In answer to paragraph 23 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations of this paragraph and based upon said Defendant's lack of information and belief, denies each and every remaining allegation contained therein.

24.     In answer to paragraph 24 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF
### (Trade Dress Infringement, 15 U.S.C. §1125(a))

25.     In answer to paragraph 25 of Plaintiff's Complaint, Defendant incorporates each and every admission, denial, allegation and other response by Defendant contained in Paragraphs 1 through 24 above as if fully set forth herein.

26.     In answer to paragraph 26 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

27.     In answer to paragraph 27 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and

based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

28.    In answer to paragraph 28 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

29.    In answer to paragraph 29 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

30.    In answer to paragraph 30 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

31.    In answer to paragraph 31 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

32.    In answer to paragraph 32 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

33.    In answer to paragraph 33 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

34.    In answer to paragraph 34 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and

based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

35.    In answer to paragraph 35 of Plaintiff's Complaint, Defendant admits Plaintiff and Defendant both sell footwear products.  Defendant denies the balance of this paragraph and expressly denies that it copied Deckers' boot designs.

36.    In answer to paragraph 36 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

37.    In answer to paragraph 37 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

38.    In answer to paragraph 38 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

39.    In answer to paragraph 39 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

40.    In answer to paragraph 40 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

## SECOND CLAIM FOR RELIEF

### (Trade Dress Infringement under California Common Law)

41.    In answer to paragraph 41 of Plaintiff's Complaint, Defendant incorporates each and every admission, denial, allegation and other response by Defendant contained in Paragraphs 1 through 40 above as if fully set forth herein.

42.    In answer to paragraph 42 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

43.    In answer to paragraph 43 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

44.   In answer to paragraph 44 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

45.   In answer to paragraph 45 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

46.   In answer to paragraph 46 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

47.   In answer to paragraph 47 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

## THIRD CLAIM FOR RELIEF

**(Unfair Competition – California Unfair Business Practices Act, Cal. Bus. & Prof. Code §17200, et. seq.)**

48.   In answer to paragraph 48 of Plaintiff's Complaint, Defendant incorporates each and every admission, denial, allegation and other response by Defendant contained in Paragraphs 1 through 47 above as if fully set forth herein.

49.   In answer to paragraph 49 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

50.   In answer to paragraph 50 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

51.   In answer to paragraph 51 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

52.   In answer to paragraph 52 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

53.   In answer to paragraph 53 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF

### (Unfair Competition under California Common Law)

54.     In answer to paragraph 54 of Plaintiff's Complaint, Defendant incorporates each and every admission, denial, allegation and other response by Defendant contained in Paragraphs 1 through 53 above as if fully set forth herein.

55.     In answer to paragraph 55 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

56.     In answer to paragraph 56 of Plaintiff's Complaint, Defendant admits that Plaintiff and Defendant both sell footwear products.  Defendant generally and specifically denies the balance of this paragraph.

57.     In answer to paragraph 57 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

58.     In answer to paragraph 58 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

59.     In answer to paragraph 59 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

60.     In answer to paragraph 60 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

61.     In answer to paragraph 61 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

## FIFTH CLAIM FOR RELIEF

### (Patent Infringement – U.S. Patent No. D599,999)

62.     In answer to paragraph 62 of Plaintiff's Complaint, Defendant incorporates each and every admission, denial, allegation and other response by Defendant contained in Paragraphs 1 through 61 above as if fully set forth herein.

63.     In answer to paragraph 63 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and

based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

64.     In answer to paragraph 64 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

65.     In answer to paragraph 65 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

66.     In answer to paragraph 66 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

67.     In answer to paragraph 67 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

68.     In answer to paragraph 68 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

69.     In answer to paragraph 69 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

70.     In answer to paragraph 70 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

71.     In answer to paragraph 71 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

72.     In answer to paragraph 72 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

///

///

///

///

ANSWER TO COMPLAINT

## FIFTH [SIC] CLAIM FOR RELIEF

### (Patent Infringement – U.S. Patent No. D584,889)

73.     In answer to paragraph 73 of Plaintiff's Complaint, Defendant incorporates each and every admission, denial, allegation and other response by Defendant contained in Paragraphs 1 through 72 above as if fully set forth herein.

74.     In answer to paragraph 74 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

75.     In answer to paragraph 75 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

76.     In answer to paragraph 76 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

77.     In answer to paragraph 77 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

78.     In answer to paragraph 78 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

79.     In answer to paragraph 79 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

80.     In answer to paragraph 80 of Plaintiff's Complaint, Defendant is without information or belief to either admit or deny the allegations contained therein, and based upon said Defendant's lack of information and belief, denies each and every allegation contained therein.

81.     In answer to paragraph 81 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

82.     In answer to paragraph 82 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

83.     In answer to paragraph 83 of Plaintiff's Complaint, Defendant generally and specifically denies each and every allegation contained therein.

### PLAINTIFF'S PRAYER FOR RELIEF - GENERAL DENIAL

Defendant denies all allegations contained in Plaintiff's Complaint except those allegations expressly admitted above and further denies that Plaintiff is entitled to any of the relief sought in its Complaint or in its prayer for relief.

### DEFENDANT FLI'S AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses:

### First Affirmative Defense

1.     Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

2.     Defendant does not infringe, has not infringed and is not liable for infringement of any valid patent rights of Plaintiff related to the D599,999 and D584,889 patents at issue in Plaintiff's Complaint.

### Third Affirmative Defense

3.     Defendant does not infringe, has not infringed and is not liable for infringement of any valid and enforceable trade dress rights of Plaintiff related to the products identified in Plaintiff's Complaint.

### Fourth Affirmative Defense

4.      Plaintiff's claims of patent infringement are invalid for failing to satisfy one or more of the requirements of Title 35 of the United States Code including but not limited to §§ 101, 102, 103, 112 and 132.

### Fifth Affirmative Defense

5.      Plaintiff's state law claims of Unfair Competition and trade dress infringement are preempted by federal patent and trade dress laws.

### Sixth Affirmative Defense

6.      Plaintiff's claims are barred by the doctrine of waiver, consent, estoppel, and/or acquiescence.

### Seventh Affirmative Defense

7.      Plaintiff's claims are limited or barred by the doctrine of unclean hands.

### Eighth Affirmative Defense

8.      Plaintiff's claims are limited or barred by the applicable statutes of limitation.

### Ninth Affirmative Defense

9.      Plaintiff's claims are limited or barred by the doctrines of fair use, implied consent, nominative fair use and/or descriptive use.

### Tenth Affirmative Defense

10.      Plaintiff's attempt to enforce the intellectual property rights alleged in its Complaint is barred by the doctrine of laches because of unreasonable delay in bringing suit and the resulting prejudice to Defendant.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Eleventh Affirmative Defense

11.    Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from Defendant's actions.

## Twelfth Affirmative Defense

12.    The alleged injury or damage suffered by Plaintiff, if any, would be adequately compensated by damages; accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## Thirteenth Affirmative Defense

13.    Without admitting any truth of the allegations contained in the Complaint, any remedy claimed by Plaintiff is limited to the extent that the claims are overlapping or request duplicative recovery pursuant to the various claims against Defendant.

## Fourteenth Affirmative Defense

14.    Without admitting any truth to the allegations contained in the Complaint, Defendant contends that there has been no damage in any amount, manner or at all by reason of any alleged acts by Defendant.

## Fifteenth Affirmative Defense

15.    Defendant is not liable for punitive or exemplary damages because neither Defendant nor its officers, directors or managing agents acted intentionally or willfully to commit any infringing acts.

## Sixteenth Affirmative Defense

16.    The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, was innocent.

### Seventeenth Affirmative Defense

17.     Defendant alleges that the intellectual property rights alleged to exist in the Complaint are invalid and/or are unenforceable because Plaintiff lacks valid patents for the rights asserted or has not properly or timely patented its products.

### Eighteenth Affirmative Defense

18.     Plaintiff's claims are barred in part because Defendant's conduct was in good faith and non-willful intent, at all times.

### Nineteenth Affirmative Defense

19.     Plaintiff has not alleged facts, and Defendant has not engaged in the type of conduct, which would entitle Plaintiff to an award of punitive damages, statutory fees, attorneys' fees or costs against Defendant.

### Twentieth Affirmative Defense

20.     Defendant alleges that Plaintiff has suffered no damages and/or the damages claimed by Plaintiff are speculative and not recoverable.

### Twenty-First Affirmative Defense

21.     Plaintiff's damages, if any, are due in whole or in part to the proximate contributory and comparative fault of one or more third parties and that liability of the Defendant, which liability is specifically denied, should be reduced or barred in proportion to said fault

### Twenty-Second Affirmative Defense

22.     Plaintiff's damages, if any, which such damages are generally and specifically denied to exist, were the result of the active and affirmative negligent acts or omissions to act of independent third parties and/or entities whose active and

affirmative negligence and/or omissions to act resulted in superseding and intervening causes of Plaintiff's alleged damages, which thereby relieves Defendant from liability. Any damages awarded in this action should therefore be in direct proportion to the fault of Defendant, if any.

### Twenty-Third Affirmative Defense

23.     Without admitting any truth to the allegations contained in the Complaint, any use by Defendant of Plaintiff's trade dress was in good faith, non-trademark, descriptive or functional use.

### Twenty-Fourth Affirmative Defense

24.     Defendant alleges that Plaintiff has failed to take necessary steps to mitigate the damages it allegedly suffered, which Defendant expressly denies.

### Twenty-Fifth Affirmative Defense

25.     Defendant alleges that Plaintiff's trade dress alleged in the Complaint is common, non-distinctive and lacks secondary meaning.

### Twenty-Sixth Affirmative Defense

26.     Defendant alleges that Plaintiff's trade dress alleged in the Complaint is functional and not protectable.

### Additional Affirmative Defenses

27.     Defendant reserves the right to assert additional defenses upon further discovery of Plaintiff's claims, and the basis therefore, if any, and upon the development of any other pertinent information.

ANSWER TO COMPLAINT

1

## **PRAYER FOR RELIEF**

2        WHEREFORE, Defendant FLI prays for the following relief:

3        1.        That Plaintiff take nothing by its Complaint;

4        2.        That judgment of dismissal be entered in favor of Defendant, with

5        prejudice;

6        3.        For Defendant's costs of suit herein; and

7        4.        For such other and further relief as the Court may deem just and proper.

8

9   DATED: December ___, 2017          GRANT, GENOVESE & BARATTA, LLP

10

11                                     By: _____

12                                          JASON S. ROBERTS
                                        Attorneys for Defendant,
13                                      FOREVER LINK INTERNATIONAL, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ANSWER TO COMPLAINT

## **DEMAND FOR JURY TRIAL**

Defendant FLI hereby demands a trial by jury of all issues triable to a jury in this matter.

DATED: December __1__, 2017          GRANT, GENOVESE & BARATTA, LLP


By: _____
          JASON S. ROBERTS
Attorneys for Defendant,
FOREVER LINK INTERNATIONAL, INC.

18
ANSWER TO COMPLAINT

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am an employee of a member of the bar of this Court at whose direction this service was made in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action:  my business address is 2030 Main Street, Suite 1600, Irvine, California 92614.

    On, **December 1, 2017** I caused to be served the following documents described as **"DEFENDANT FOREVER LINK INTERNATIONAL, INC'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL"** on all the parties to this action addressed as stated on the attached service list.

☒ BY ELECTRONIC MAIL  On this date, I filed the above referenced document(s) via the United States District Court, Central District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed, **December 1, 2017**, in Irvine, California.

**Aubrie Hewatt**

**USDC-CD**

2:17-cv-07146-RGK- SK

<u>DECKERS v FOREVER LINK INTERNATIONAL, INC., et al.</u>

## <u>SERVICE LIST</u>

BRENT H. BLAKELY (SBN: 157292)

bblakely@blakelylawgroup.com

Blakely Law Group

1334 Parkview Avenue, Suite 280

Manhattan Beach, CA 90266

Tel: (310) 546-7400

Fax: (310) 546-7401

*Attorney for Plaintiff Deckers Outdoor Corporation*


REBECCA T. AMIRPOUR (SBN: 221714)

ramirpour@gogglaw.com

Gates, O'Doherty, Gonter & Guy, LLP

38 Discovery, Suite 200

Irvine, CA 92618

Tel: (949) 753-0255

Fax: (949) 753-0265

*Attorney for Defendant Forever Link International, Inc.*


ALEXANDER CHEN (SBN: 245798)

alexc@inhouseco.com

Inhouse Co., Legal Department

7700 Irvine Center Drive Suite 800

Irvine, CA 92618

Tel: (949)250-1555

Fax: (714)882-7770

*Attorney for Shoe Whatever LLC*


THEODORE SCOTT LEE (SBN: 281475)

tlee@inhouseco.com

Inhouse Co Law Firm

7700 Irvine Center Drive

Irvine, CA 92618

Tel: (626) 400-6680

Fax: (626) 380-1308

*Attorney for JJF Shoes*