| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| JASON S. ROBERTS (SBN 221978)<br>GRANT GENOVESE & BARATTA LLP<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614<br>Phone: 949-660-1600<br>ATTORNEY(S) FOR: Forever Link International, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br>Plaintiff(s),<br>v.<br>FOREVER LINK INTERNATIONAL, INC., a California Corporation, et al.<br>Defendant(s) | CASE NUMBER:<br>2:17-cv-07146-RGK- SK<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant FOREVER LINK INTERNATIONAL, INC. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DECKERS OUTDOOR CORPORATION | PLAINTIFF |
| STATE FARM INSURANCE COMPANY | INSURANCE CARRIER FOR DEFENDANT FOREVER LINK INTERNATIONAL |
| STEP UP INTERNATIONAL, INC., | DEFENDANT |
| SHOE WHATEVER LLC | DEFENDANT |
| JJF SHOES | DEFENDANT |

December 1, 2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

JASON S. ROBERTS (SBN 221978)

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am an employee of a member of the bar of this Court at whose direction this service was made in the County of Orange, State of California. I am over the age of 18 and not a party to the within action: my business address is 2030 Main Street, Suite 1600, Irvine, California 92614.

On **December 1, 2017**, I caused to be served the following documents described as **"CERTIFICATE AND NOTICE OF INTERSETED PARTIES"** on all the parties to this action addressed as stated on the attached service list.

☒ BY ELECTRONIC MAIL On this date, I filed the above referenced document(s) via the United States District Court, Central District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed, **December 1, 2017**, in Irvine, California.

*/s/ Aubrie Hewatt*

**Aubrie Hewatt**

**USDC-CD**
2:17-cv-07146-RGK- SK
DECKERS v FOREVER LINK INTERNATIONAL, INC., et al.

## SERVICE LIST

BRENT H. BLAKELY (SBN: 157292)
bblakely@blakelylawgroup.com
Blakely Law Group
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Tel: (310) 546-7400
Fax: (310) 546-7401
*Attorney for Plaintiff Deckers Outdoor Corporation*


REBECCA T. AMIRPOUR (SBN: 221714)
ramirpour@gogglaw.com
Gates, O'Doherty, Gonter & Guy, LLP
38 Discovery, Suite 200
Irvine, CA 92618
Tel: (949) 753-0255
Fax: (949) 753-0265
*Attorney for Defendant Forever Link International, Inc.*

ALEXANDER CHEN (SBN: 245798)
alexc@inhouseco.com
Inhouse Co., Legal Department
7700 Irvine Center Drive Suite 800
Irvine, CA 92618
Tel: (949)250-1555
Fax: (714)882-7770
*Attorney for Shoe Whatever LLC*

THEODORE SCOTT LEE (SBN: 281475)
tlee@inhouseco.com
Inhouse Co Law Firm
7700 Irvine Center Drive
Irvine, CA 92618
Tel: (626) 400-6680
Fax: (626) 380-1308
*Attorney for JJF Shoes*