NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alexander Chen [SBN 245798]
Alexc@inhouseco.com
Theodore S Lee [SBN 281475]
Tlee@inhouseco.com
INHOUSE CO.
7700 Irvine Center Drive, Suite 800
Irvine, CA 926181364
Tel:408-918-5393 Fax:714-882-7770

ATTORNEY(S) FOR: JJF Shoes

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporaiton <br><br> Plaintiff(s), <br><br> v. <br><br> FOREVER LINK INTERNATIONAL, INC, a California Corporation, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:17-cv-07146-RGK-SK <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:       THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant JJF Shoes _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Deckers Outdoor Corporation | Plaintiff |
| Step Up International, Inc. | Defendant |
| Shoe Whatever LLC | Defendant |
| JJF Shoes | Defendant |
| Jason Chen, doing business as JJF Shoes | sole proprietor of Defendant JJF Shoes |

12/13/2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

JJF Shoes