| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Alexander Chen [SBN 245798]<br>Alexc@inhouseco.com<br>Theodore S Lee [SBN 281475]<br>Tlee@inhouseco.com<br>INHOUSE CO.<br>7700 Irvine Center Drive, Suite 800<br>Irvine, CA 926181364<br>Tel:408-918-5393 Fax:714-882-7770<br><br>ATTORNEY(S) FOR: Shoe Whatever LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporaiton<br><br>Plaintiff(s),<br>v.<br>FOREVER LINK INTERNATIONAL, INC, a California Corporation, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:17-cv-07146-RGK-SK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant Shoe Whatever LLC___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Deckers Outdoor Corporation | Plaintiff |
| Step Up International, Inc. | Defendant |
| Shoe Whatever LLC | Defendant |
| JJF Shoes | Defendant |

12/14/2017
Date

_Theodore Lee_ (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

Shoe Whatever LLC