Alexander Chen [SBN 245798]
Alexc@inhouseco.com
Theodore S Lee [SBN 281475]
Tlee@inhouseco.com
INHOUSE CO.
7700 Irvine Center Drive, Suite 800
Irvine, CA 926181364
Tel:408-918-5393
Fax:714-882-7770

*Attorneys for Defendant*
*Step Up International, Inc.*

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FOREVER LINK INTERNATIONAL, INC., a California Corporation; STEP UP INTERNATIONAL, INC., a California Corporation; SHOE WHATEVER LLC, a California Limited Liability Company; JJF SHOES, an unknown business entity; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:17-cv-07146-RGK (SKx)<br><br>**JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT STEP UP INTERNATIONAL, INC.**<br><br>**[Filed Concurrently with [Proposed] Order]**<br><br>**Honorable R. Gary Klausner**<br><br>Complaint Filed: Sept. 27, 2017 |

1

**JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT FED. R. C. PROC. 55(C)**

# JOINT STIPULATION

Plaintiff Deckers Outdoor Corporation ("Deckers") and Defendant Step Up International, Inc. ("Defendant" or "Step Up"), by and through their respective attorneys of record, hereby submit the following stipulation requesting that the Court enter an Order setting aside the Default entered as to Defendant on December 8, 2017 in this matter.

WHEREAS, on December 7, 2017, Plaintiff filed a Request for Entry of Default against Defendant.

WHEREAS, on December 8, 2017, the Clerk entered Default against Defendant.

WHEREAS, since December 8, 2017, Plaintiff's counsel and Defendant's counsel have met and conferred regarding setting aside the default.

WHEREAS, on December 13, Plaintiff's counsel and Defendant's counsel have agreed to set aside the Default entered against Defendant in order to allow Defendants to file an answer in response to the Complaint on or before December 22, 2017.

Accordingly, the parties hereby stipulate and agree as follows:

1. The Default entered against Defendant Step Up International, Inc. on December 8, 2017, shall be set aside.
2. Defendant shall file its *answer* in response to the Complaint on or before December 22, 2017.

DATED: December 18, 2017   BLAKELY LAW GROUP

By: */s/ Jessica C. Covington*
Brent H. Blakely
Jessica C. Covington
Cindy Chan
***Attorneys for Plaintiff***
***Deckers Outdoor Corporation***

DATED: December 18, 2017   INHOUSE CO.

By: */s/ Theodore S. Lee*
Theodore S. Lee
Alexander Chen
***Attorneys for Defendant***
***Step Up International, Inc.***