1 | Alexander Chen [SBN 245798]
Alexc@inhouseco.com
2 | Theodore S Lee [SBN 281475]
Tlee@inhouseco.com
3 | INHOUSE CO.
7700 Irvine Center Drive, Suite 800
4 | Irvine, CA 926181364
Tel:408-918-5393
5 | Fax:714-882-7770

6 | *Attorneys for Defendant*
*Step Up International, Inc.*
7
Brent H. Blakely (SBN 157292)
8 | bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
9 | cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
10 | jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
11 | 1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
12 | Telephone: (310) 546-7400
Facsimile: (310) 546-7401
13
*Attorneys for Plaintiff*
14 | *Deckers Outdoor Corporation*

**DENIED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER LINK INTERNATIONAL, INC., a California Corporation; STEP UP INTERNATIONAL, INC., a California Corporation; SHOE WHATEVER LLC, a California Limited Liability Company; JJF SHOES, an unknown business entity; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-07146-RGK (SKx)<br><br>[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT STEP UP INTERNATIONAL, INC,<br><br>Honorable R. Gary Klausner<br><br>Complaint Filed: Sept. 27, 2017 |

The Court having read and considered the Joint Stipulation to Set aside Entry of Default Against Defendant Step Up International, Inc., filed by Plaintiff Deckers Outdoor Corporation ("Deckers") and Defendant Step Up International, Inc. ("Defendant" or "Step Up"), by and through their respective attorneys of record, and good cause appearing, hereby orders as follows:

1. The Default entered against Defendant on December 8, 2017, shall be set aside.
2. Defendant shall file its *answer* to Deckers' Complaint on or before December 22, 2017.

IT IS SO ORDERED.

**GARY KLAUSNER**

DATED: December 20, 2017

*Honorable R. Gary Klausner*
*United States District Court Judge*

**DENIED**