# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-07146-RGK (SKx) | Date | April 16, 2018 |
|---|---|---|---|
| Title | Deckers Outdoor Corporation v. Forever Link International, Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Kristen Rodriguez |
| | Theodore Lee |

**Proceedings:**      **SCHEDULING CONFERENCE**

    Case called.  No appearances by Plaintiff or on behalf of Plaintiff.  The Court schedules an Order to Show Cause re dismissal for lack of prosecution due to Plaintiff's failure to appear.  The Order to Show Cause hearing is set for Monday, April 30, 2018 at 9:00 a.m.

    The Scheduling Conference is continued to Monday, April 30, 2018 at 9:00 a.m.

    **IT IS SO ORDERED.**

                                                                                     : 02

                                                       Initials of Preparer   ps

cc: